JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

HEDAYET KHOGYANI,

Plaintiff,

v.

WARDEN et al.,

Defendants.

Case No. 5:26-cv-04857-SB-AYP

FINAL JUDGMENT

For the reasons stated in the separate order entered this date, Petitioner Hedayet Khogyani's petition for a writ of habeas corpus is dismissed without prejudice.

This is a final judgment.

Date: October 6, 2026

Stanley Blumenfeld, Jr.
United States District Judge